**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sean Jerome ESCOFFERY,
Defendant–Appellant.**

**No. 13–7942.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 13, 2014.

Decided: May 22, 2014.

Sean Jerome Escoffery, Appellant Pro Se. Matthew Fesak, Assistant United States Attorney, Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Jerome Escoffery appeals the district court's order dismissing his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Escoffery*, No. 5:98–cr–00126–BO–1 (E.D.N.C. Nov. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*